**PORTER | SCOTT**

A PROFESSIONAL CORPORATION
William E. Camy, SBN 291397
Megan N. Boelter, SBN 340235
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706
wcamy@porterscott.com
mboelter@porterscott.com

Attorneys for Defendants
CITY OF GRIDLEY, ANTHONY LARA and JENNIFER SILVA
*Exempt from filing fee pursuant to Government Code section 6103*

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION**

| | |
|---|---|
| ANGEL BARRERA ALVARDO, | Case No.: 2:22-cv-01202-TLN-DMC |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER REQUESTING EARLY SETTLEMENT CONFERENCE BEFORE MAGISTRATE JUDGE KENDALL J. NEWMAN** |
| CITY OF GRIDLEY, ANTHONY LARA, JENNIFER SILVA AND DOES 1-10, INCLUSIVE, | |
| Defendants. | Comp. Filed: 07/08/2022 |
| _____ / | |

Plaintiff ANGEL BARRERA ALVARADO ("Plaintiff") and Defendants CITY OF GRIDLEY, ANTHONY LARA and JENNIFER SILVA (collectively "Defendants") (Plaintiff and Defendants collectively referred to as the "parties"), by and through their respective counsels of record, hereby stipulate as follows:

1. This matter be set for an early settlement conference to be conducted before Magistrate Judge Kendall J. Newman on December 1, 2022, at 10:00 am, at the United States District Court located at 501 I Street, Sacramento, CA 95814.

**IT IS SO STIPULATED.**

Dated: September 28, 2022

PORTER SCOTT
A PROFESSIONAL CORPORATION

By: /s/ *Megan N. Boelter*
William E. Camy
Megan N. Boelter
Attorneys for Defendants

Date: September 28, 2022

LAW OFFICES OF MORALES & LEAÑOS

By: /s/ *Jaime Leanos*
Jaime Leanos
Attorney for Plaintiff

The Court, having reviewed and considered the Parties' Stipulation for an early Settlement Conference, and finding good cause, hereby Orders as follows:

1. This matter approves the setting of an early settlement conference to be conducted before Magistrate Judge Kendall J. Newman on December 1, 2022, at 10:00am, at the United States District Court located at 501 I Street, Sacramento, CA 95814.

**IT IS SO ORDERED.**

Dated: September 28, 2022

_____
Troy L. Nunley
United States District Judge